**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RIAN VICTOR LOPES-CAMPOS, | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civil No. 2:26-cv-04205-JLS |
| | : | |
| J.L. JAMISON, *et al*., | : | |
| Respondents. | : | |

**ORDER**

**AND NOW**, this 23rd day of June, 2026, upon review of Petitioner Rian Victor Lopes-Campos's Petition for Writ of Habeas Corpus (ECF No. 1), **IT IS HEREBY ORDERED** as follows:

1. Respondents are **ENJOINED** from removing or transferring Petitioner from the Eastern District of Pennsylvania pending further order of this Court; and

2. Respondents shall file a response on or before **Friday, June 26, 2026, at 5:00 PM.**

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
 **JEFFREY L. SCHMEHL**
United States District Court Judge